John A. S. Baik (SBN 180167)
**BAIK LAW GROUP APC**
3250 Wilshire Boulevard, Suite 601
Los Angeles, CA 90010
Telephone:  213-427-6800
Email: John@BaikLawGroup.com

Attorney for Plaintiff C PRISTINE CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C PRISTINE CORPORATION, a California corporation;<br><br>            Plaintiff,<br><br>    vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation; KOSTAR INSURANCE & FINANCIAL SERICES, INC., a California Corporation (DOE 1); NICKIE KIM (DOE 2), an individual; and DOES 3-10;<br><br>            Defendants. | Case No. 2:26-cv-03506 PD<br><br>**ORDER ON STIPULATION TO WITHDRAW MOTION TO DISMISS AND TO REMAND REMOVED CASE AND ORDER THEREON**<br><br>**[Hearing on Motion to Remand Removed Case and Motion to Dismiss/Strike Scheduled on:**<br>**Date:  June 5, 2026**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 580]**<br><br>**Case Removed to USDC: April 2, 2026**<br>**LASC Case No.: 26STCV06729** |

The Stipulation by Plaintiff C PRISTINE CORPORATION ("C Pristine") and Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA ("Travelers"), by and through their respective counsel of record, to withdraw the pending Motion to Dismiss and Motion to Strike filed by Defendant Travelers and Motion to Remand Removed Case filed by Plaintiff, having been reviewed and considered, the Court makes the following order:

- 1 -

Pursuant to the Stipulation of the Parties, the Court takes the hearing on Defendant Travelers Motion to Dismiss/Motion to Strike, as well as Plaintiff's Motion to Remand Removed Case off calendar and remands the instant case back to the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, Case No. 26STCV06729.

**IT IS SO ORDERED.**

Dated: 05/14/2026

_____
Hon. Patricia Donahue
United States Magistrate Judge

- 2 -

ORDER ONSTIPULATION TO WITHDRAW MOTION TO DISMISS AND MOTION TO REMAND REMOVED CASE
Case No. 2:26-cv-03506 PD