JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C PRISTINE CORPORATION, a California corporation;<br><br>        Plaintiff,<br><br>  vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation; KOSTAR INSURANCE & FINANCIAL SERICES, INC., a California Corporation (DOE 1); NICKIE KIM (DOE 2), an individual; and DOES 3-10;<br><br>        Defendants. | Case No. 2:26-cv-03506 PD<br><br>**JUDGMENT OF DISMISSAL AFTER STIPULATION REMANDING REMOVED ACTION TO STATE COURT**<br><br>**Case Removed to USDC: April 2, 2026**<br>**LASC Case No.: 26STCV06729** |

Pursuant to the Parties' Stipulation, the Court hereby remands the above-captioned case to the Superior Court of California, County of Los Angeles, Central District, Stanley Mosk Courthouse, Case Number 26STCV06729, Department 50, dismisses the case and enters judgment of dismissal.

Dated: 05/14/2026

*Patricia Donahue*

Honorable Patricia Donahue
United States Magistrate Judge